```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                       AT COOKEVILLE
```

| | |
|---|---|
| STEVE HOWARD FLOWERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| PUTNAM COUNTY, TENNESSEE; ) | |
| DAVID ANDREWS, individually and ) | Case 2:11-0054 |
| in his official capacity as ) | Judge Sharp/Brown |
| Sheriff of Putnam County, ) | **Jury Demand** |
| Tennessee; and JACK FARLEY, ) | |
| individually and in his official ) | |
| capacity as Chief Deputy of Putnam ) | |
| County Sheriff's Department, ) | |
| ) | |
| Defendants ) | |

## O R D E R

A telephone conference was held with the parties in this matter on January 17, 2012. The parties advised that they were generally on schedule with the scheduling order and did not see the need for any change at the present time. The parties advised that after they had taken the deposition of the Plaintiff they would be in a better position to evaluate the possibility of settlement in this case.

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at the request of the parties at any time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge