# Richard M. Brooks
Attorney at Law                                             "We Know & Will Protect Your Civil Rights"



December 14, 2011

DANIEL H. RADER, III, ATTORNEY
MOORE, RADER, CLIFT AND FITZPATRICK
46 North Jefferson Avenue
Cookeville, Tennessee 38501

JEFFREY G. JONES, ATTORNEY
WIMBERLY, LAWSON, SEALE,
  WRIGHT & DAVES, PLLC
1420 Neal Street, Suite 201
Cookeville, Tennessee 38503

RE:  STEVE HOWARD FLOWERS v PUTNAM COUNTY, TENNESSEE, et al
     UNITED STATES DISTRICT COURT CASE NUMBER 2:11-CV-0054

Gentlemen:

I received Dan's letter inquiring about the deposition of Mr. Flowers in the above-referenced matter. However, I am not available on January 18th, 19th, or 20th. The following are dates in the near future when I am available: February 1st, 2nd, 3rd, 8th, 9th, 10th, 22nd, 23rd, 24th, 28th, 29th, and March 1st and 2nd.

Please let me know if any of those dates will work for you.

Wishing you and yours a happy holiday season and looking forward to seeing you in the New Year.

Constitutionally,

*Richard M. Brooks*

**RICHARD M. BROOKS**
RMB/tlw

Tracie Wright, Paralegal         130 Third Avenue West         Telephone 615.735.0807         E-mail: utkrmb@comcast.net
tlwright@richardmbrooks.com      Carthage, Tennessee 37030     Fax 615.735.1921               www.richardmbrooks.com